UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Clarkson S. Fisher Building & U.S. Courthouse

402 East State Street

Trenton, NJ 08608

**Anna Sac, Plaintiff**

v.

**Federal Communications Commission (FCC), and Verizon Communications Inc., Defendants.**

Civil Action No.:

RECEIVED
JUN 2 6 2024
AT 8:30_____ M
CLERK, U.S. DISTRICT COURT - D:

COMPLAINT FOR PERSONAL INJURY

## INTRODUCTION

1. This action seeks redress for personal injuries sustained by Plaintiff Anna Sac as a direct and proximate result of the Defendants' actions and omissions, which resulted in an excessively high Wi-Fi signal within the Plaintiff's residence, causing permanent injury to the Plaintiff's auditory nerve and subsequent tinnitus.

## JURISDICTION AND VENUE

2. Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. § 1331 as this action involves a federal question.
3. Venue is proper in this district under 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claim occurred in this district.

## PARTIES

4. Plaintiff Anna Sac is, and at all times mentioned herein was, a resident of the State of New Jersey.
5. Defendant Federal Communications Commission (FCC) is, and at all times mentioned herein was, an agency of the United States Government.

6. Defendant Verizon Communications Inc. is, and at all times mentioned herein was, a corporation doing business in the State of New Jersey.

## FACTUAL ALLEGATIONS

7. On or about June 26, 2022, Plaintiff was exposed to an excessively high Wi-Fi signal in her home, emanating from equipment installed and maintained by Defendant Verizon Communications Inc. and regulated by Defendant Federal Communications Commission (FCC).
8. As a direct and proximate result of the Defendants' negligence in failing to properly regulate, install, maintain, and inspect the Wi-Fi equipment and signal strength, Plaintiff suffered injury to her auditory nerve, leading to persistent tinnitus.

## CLAIM FOR RELIEF

9. The Defendants owed a duty of care to the Plaintiff to ensure that the Wi-Fi signal within her home did not pose a risk to her health and well-being.
10. The Defendants breached their duty of care by allowing an excessively high Wi-Fi signal to be present in the Plaintiff's home.
11. As a direct and proximate result of the Defendants' breach of duty, Plaintiff has suffered personal injuries, pain and suffering, emotional distress, and other damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Anna Sac respectfully requests that this Court:

a). Award compensatory damages in an amount to be determined at trial;

b). Award Plaintiff the costs of this action and reasonable attorney's fees; and

c). Grant such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

**RESERVATION OF RIGHTS TO AMEND**

Plaintiff reserves the right to amend this complaint at a later time pursuant to New Jersey Rule 4:9-1.

Respectfully submitted,

Date: June 26th, 2024

*Anna Sac*

Anna Sac
[Plaintiff's Signature]

26 Random Road
Princeton NJ 08540